IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 21, 2008

Charles R. Fulbruge III
Clerk

No. 05-10065

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

HUMBERTO FIDEL REGALADO CUELLAR,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:04-CR-55-ALL-C

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

BY THE COURT:[*]

The Supreme Court has reversed the judgment of this court affirming Humberto Fidel Regalado Cuellar's conviction for international money laundering in violation of 18 U.S.C. 1956(a)(2)(B)(i). ___ U.S. ___, 128 S. Ct. 1994 (2008). Accordingly, we remand the case to the district court with instructions to vacate Cuellar's conviction and enter a judgment of acquittal.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.